

# IN THE
# TENTH COURT OF APPEALS

_____

## No. 10-13-00125-CR
## No. 10-13-00126-CR

## EX PARTE JEREMY R. MINNITT

_____

### From the 19th District Court
### McLennan County, Texas
### Trial Court Nos. 2013-356-C1 and 2013-357-C1

## MEMORANDUM OPINION

In appellate cause numbers 10-13-00125-CR and 10-13-00126-CR, appellant, Jeremy R. Minnitt, filed pro se notices of appeal indicating that he wished to appeal from the trial court's purported denial of his applications for "writ of habeas corpus seeking bail reduction." In both cases, we have received the Clerk's Record, which contains appellant's pro se habeas-corpus applications, his pro se notices of appeal, and a letter sent from this Court regarding appellant's filing of his pro se notices of appeal. The Clerk's Record does not contain a copy of the trial court's purported denial of appellant's habeas-corpus applications.

Because the record does not contain an appealable order or a certification of appellant's right of appeal in either case, we notified appellant that these cases were subject to dismissal for want of jurisdiction. We also informed appellant that these cases would be dismissed unless, within twenty-one days from September 4, 2013, he filed a response showing grounds for continuing these appeals. Since the filing of his pro se notices of appeal, appellant has had no contact with this Court.

Our review of the limited record reveals that appellant has completely failed in his duty to prosecute these appeals, to contact the Court, and to take any further action towards prosecuting these appeals. Accordingly, we conclude that appellant does not desire to prosecute these appeals. As such, we dismiss these appeals, under our inherent authority, for want of prosecution. *See* TEX. R. APP. P. 44.3; *Ealy v. State*, 222 S.W.3d 744, 745 (Tex. App.—Waco 2007, no pet.) (citing *Peralta v. State*, 82 S.W.3d 724, 725-26 (Tex. App.—Waco 2002, no pet.)); *see also Evans v. State*, No. 10-09-00251-CR, 2010 Tex. App. LEXIS 546, at *3 (Tex. App.—Waco Jan. 27, 2010, no pet.) (mem. op., not designated for publication).


AL SCOGGINS
Justice

Before Chief Justice Gray,
     Justice Davis, and
     Justice Scoggins
Appeals Dismissed
Opinion delivered and filed November 21, 2013
Do not publish
[CR25]